In the Matter of Supplementary Proceedings: NORDIC FINANCE ASSOCIATION, INC., Judgment Creditor, Respondent, v. ROBERT J. KJARSGAARD, Judgment Debtor.. THOMAS M. BLAKE, Intervenor, Appellant; NEW YORK PRODUCE EXCHANGE, Third Party, Respondent.— Order so far as appealed from modified by providing that it is without prejudice to any application that any of the parties may make in the action by the receiver, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GENERAL PENCIL COMPANY, INC., Appellant, v. ISAAC A. BERNSON, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

M. H. FREIMARK, Respondent, v. NATIONAL ECONOMIC PLANS, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted as to items b, c, d, e, f, g, h and i. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SOPHIE NIKSA, Appellant, v. SOL HOLDING CORPORATION, Respondent.— Order modified by denying the motion as to items 13 and 14, and eliminating the careless reiteration of the demands made by the defendant, and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within five days after service of order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHILDS COMPANY, Appellant, v. NORMAN L. STONE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to reply within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell,. Finch, McAvoy and Proskauer, JJ.

AMTORG TRADING CORPORATION, Respondent, v. NEW YORK INDEMNITY COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL LEWIS and Others, Respondents, v. BERNARD K. MARCUS and Others, Appellants, Impleaded, etc.— Order modified by granting the motion to vacate the order for examination with respect to items 1, 7 and 8 of the notice of examination, and as so modified affirmed, with ten dollars costs and disbursements to the respondents. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CLARE G. McKILLIPS, Respondent, v. CHARLES E. McKILLIPS, Appellant.— Order modified by reducing the amount of alimony to be paid to the plaintiff to the sum of twenty-five dollars per week, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY GIANGREGORIO, Appellant, v. JOSEPH GIANGREGORIO, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.